TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00512-CV

Jeffrey F. Brown, Appellant

v.

Sheryl Kay Stifflemire and Ronald Urbanovsky, Appellees

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT

NO. 95-006-C368, HONORABLE BURT CARNES, JUDGE PRESIDING 

PER CURIAM

 Jeffrey Brown appeals in this case in which the trial court granted Sheryl Kay
Stifflemire's motion for new trial. Following a letter from this Court's Clerk inquiring about the
basis for jurisdiction over this pending case, appellees Stifflemire and Ronald Urbanovsky filed
a motion to dismiss this appeal for want of jurisdiction. Appellees rightly contend that, because
the motion for new trial was granted, the case is pending in the trial court below. Brown has not,
in this case or in his related petition for writ of mandamus, pointed to any interlocutory order over
which this Court could exercise jurisdiction. This Court has no jurisdiction over this appeal. We
grant the motion to dismiss. We nevertheless deny appellees' request for sanctions for a frivolous
appeal.

 We dismiss the appeal.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellees' Motion

Filed: November 13, 1997

Do Not Publish